UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4424

FILED
JAMES BONINI
CLERK

04 JUL -1 PM 12: 55

Filed: June 30, 2004

DENNIS PIERRE; KENYA PIERRE

    Plaintiffs - Appellants

1:01cv670

v.

PAUL NEUDIGATE, Police Officer, et al.

    Defendants - Appellees

**MANDATE**

Pursuant to the court's disposition that was filed 6/3/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

Deputy Clerk